Frederick W. Freutel, appellee, v. Fred G. Loebman, appellant. Gen. No. 26,545.

Action for° rent due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October

term, 1920. Affirmed. Opinion filed November 1, 1921.

William S. Newburger, for appellant. Milton Hart, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.